IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT KARL GEYER, Jr.,

    Plaintiff,

v.                                               No. CV 18-564 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## SECOND ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's second *Unopposed Motion for Extension of Time to File Briefs* (Doc. 16), filed November 26, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reserve or Remand Administrative Agency Decision on or before **December 10, 2018**;

2. Defendant shall file a Response on or before **February 8, 2019**; and

3. Plaintiff may file a Reply on or before **February 15, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE