**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT KARL GEYER, Jr.,

    Plaintiff,

v.                                                                    No. CV 18-564 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 20), filed February 6, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different Administrative Law Judge for a *de novo* hearing and a new decision.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE