IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT KARL GEYER JR.

        Plaintiff,

v.                                           No. CV 18-564 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (EAJA)*, (Doc. 23), filed April 30, 2019, in which the parties agree to an award of $2424.00 in attorney fees and $400 in court costs.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $2424.00 in attorney fees and $400 in court costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE